UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

ANA GABRIELA RUBIO ZEA,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**UNSEALING ORDER**

S1 23 Cr. 42 (KPF)

Upon the application of the United States of America, by the United States Attorney for the Southern District of New York, Damian Williams, through Assistant United States Attorney Nicholas S. Bradley;

It is found that the superseding indictment in the above-captioned action, S1 23 Cr. 42, is currently sealed and the United States Attorney's Office has applied to have the superseding indictment unsealed, it is therefore

ORDERED that the superseding indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       July 21, 2023

_____
THE HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK